AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   15-cr-149-JLK |
| | ) | |
| 7. CONRAD ARCHULETA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CONRAD ARCHULETA                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
   Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
   False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)

Date:   06/10/2015                                         s/Jennifer Hawkins
                                                         *Issuing officer's signature*

City and state:   Denver, Colorado                        Jeffrey P. Colwell, Clerk, USDC
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date:  _____                        _____ |
|                                              *Arresting officer's signature* |
| |
|                                              _____ |
|                                              *Printed name and title* |