IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00149-JLK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

7.   **CONRAD ARCHULETA,**

      **Defendant.**

---

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1)   The defendant, CONRAD ARCHULETA, YOB: 1955, DOC #128120, is confined in the BUENA VISTA MINIMUM CENTER at 15125 HIGHWAY 24 & 285, BUENA VISTA, COLORADO, 81211.

2)   An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge on the charges in the SUPERSEDING INDICTMENT in the above-captioned case, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted this 10th day June, 2015.

JOHN F. WALSH
United States Attorney

By:   s/Martha A. Paluch
      MARTHA A. PALUCH
      Assistant U.S. Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:  (303) 454-0100
      Fax:    303) 454-0403
      Email:  Martha.Paluch@usdoj.gov
      Attorney for the Government