AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

7. CONRAD ARCHULETA
*Defendant*

Case No.   15-cr-149-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2015

JEFFREY P. COLWELL
CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CONRAD ARCHULETA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)

Date: 06/10/2015

s/Jennifer Hawkins
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk, USDC
*Printed name and title*

### Return

This warrant was received on *(date)* 6/10/15, and the person was arrested on *(date)* 6/16/15
at *(city and state)* Denver, Colorado.

Date: 6/18/15   W/HCAP

*Arresting officer's signature*

Gregorio Rivera, DUSM
*Printed name and title*