IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CONRAD ARCHULETA,

        Defendant.
_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
CONRAD ARCHULETA
(DUE TO CONFLICT OF INTEREST)**
_____

        The Office of the Federal Public Defender, by Warren R. Williamson, Assistant Federal Public Defender, moves to withdraw as counsel for the defendant, Conrad Archuleta. They do so because they already represent Carolina Aragon, a codefendant in the same case. Government counsel has been consulted. She does not oppose the motion.

        This is a multi-defendant case involving allegations of conspiracy to file false claims for IRS tax refunds. Doc. 1 (indictment).[1] The Office of the Federal Public Defender was appointed to represent Carolina Aragon, one of the defendants, and Assistant Federal Public Defender Robert W. Pepin entered his appearance for her on April 23, 2015. Doc. 37. Mr. Pepin remains counsel of record for Ms. Aragon.

---

[1] "Doc." meaning the docket number.

On June 18, 2015, the U.S. Magistrate Judge appointed the Federal Public Defender to represent Conrad Archuleta. Doc. 102. This office cannot represent both defendants in the same case.

Mr. Archuleta has been found eligible for appointed counsel. By this motion he asks that once the Federal Public Defender's Office is relieved as counsel an attorney from the Criminal Justice Act Panel be appointed.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
rick.williamson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Email: Martha.paluch@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Conrad Archuleta
(Via U.S. Mail)

                                          s/Warren R. Williamson
                                          WARREN R. WILLIAMSON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          rick.williamson@fd.org
                                          Attorney for Defendant