UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-JLK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONRAD ARCHULETA,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the defendant's Motion to Withdraw Assistant Federal Public Defender Warren R. Williamson (Doc. 108). After consideration, the motion is GRANTED. It is

ORDERED that Assistant Federal Public Defender Warren R. Williamson is hereby withdrawn from this case and will no longer be sent electronic notice of any filings.

The Clerk is further DIRECTED to appoint CJA Counsel for Defendant Archuleta as soon as practicable.

DATED this 19th day of June, 2015.

BY THE COURT:

_____
John L. Kane
SENIOR U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO