IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. **CONRAD ARCHULETA, and**
8. **NANCY GUZMAN,**

           Defendants.

_____

**STIPULATED PROTECTIVE ORDER PERTAINING TO
DEFENDANTS ARCHULETA AND GUZMAN**
_____

        The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Conrad Archuleta, through his counsel David Owen, and defendant Nancy Guzman, through her counsel John Sullivan, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

        On April 24, 2015, the Court signed a Stipulated Protective Order regarding the materials discussed below and the receipt of them by the first six named defendants in this case. Doc. 62. On June 10, 2015, the grand jury returned a Superseding Indictment charging Conrad Archuleta and Nancy Guzman in Count 1, with violating Title 18, United States Code, Section 286, Conspiracy to File False Claims for Refund, and in

1

Counts 34 and 35, with violations of Title 18, United States Code, Section 287, False Claims for Refund.   Doc. 93.   This Stipulated Protective Order pertains to disclosure of the materials referenced below to Defendants Archuleta and Guzman.

This case involves the submission of over 250 tax returns to the Internal Revenue Service (IRS).   Additional evidence in this case includes the IRS transcripts pertaining to the individuals named in the subject returns.   This tax material contains social security numbers, dates of birth, addresses, and other personal identifying information. It is necessary for the government to make these tax returns, transcripts, and other tax material available to defendants and their counsel in discovery.

In addition, the discovery in this case includes records from the Department of Motor Vehicles and from the Colorado Department of Corrections.   These records contain social security numbers, dates of birth, addresses, and other personal identifying information.

In order to balance the privacy concerns of the individuals named in the tax returns, related tax material, and other records against the important interest in the government providing broad discovery in this case, the parties stipulate to this protective order.   For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the tax returns, related tax material, interviews, and other records at issue in this case shall be made only to the defendants, their attorneys, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors); the defendants and his or her attorney or agents will not use this information, or the

substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorneys' (or third-party vendors') custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.   Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of this Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in this Protective Order prior to receipt of any discovery.

IT IS ALSO STIPULATED that this agreement may be modified by specific agreement between the United States and the defendant(s) where disclosure of certain redacted discovery to a defendant is necessary.

SO STIPULATED:


| _s/David Owen_      6/26/15_ | _s/John Sullivan_      6/26/15_ |
| --- | --- |
| David Owen               Dated | John Sullivan              Dated |
| Counsel for Conrad Archuleta | Counsel for Nancy Guzman |


_s/Martha A. Paluch_      6/26/15_
AUSA Martha A. Paluch      Dated
Counsel for the United States


APPROVED and SO ORDERED:

_____
The Honorable JOHN L. KANE
United States District Court Senior Judge

3