## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  15-cr-00149-RM-7

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**7.**    **CONRAD ARCHULETA**,

       Defendant.

_____

## NOTICE OF DISPOSITION
_____

     Notice is hereby given that a plea agreement has been reached in the above captioned case.

                     Respectfully submitted,


                     /s/ David L. Owen, Jr.
                     DAVID L. OWEN, JR. #39669
                     Law Office of David L. Owen, Jr.,P.C.
                     718 Huntington Place
                     Highlands Ranch, CO 80126-4730
                     Telephone: (303) 993-7092
                     FAX: (303) 265-9202
                     davidowen@lodopc.com
                     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Ann Paluch - Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Conrad Archuleta - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant