IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  15-cr-00149-RM-7

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**7.    CONRAD ARCHULETA**,

        Defendant.

_____

**MOTION TO EXCUSE MR. ARCHULETA & COUNSEL FROM CAROLINA ARAGON'S VIDEOTAPE DEPOSITION SCHEDULED FOR AUGUST 12, 2015**

_____

      Comes now, Conrad Archuleta, by and through his counsel of record, David L. Owen, Jr., and respectfully requests this Court's Order excusing the appearance of both Mr. Archuleta and counsel David L. Owen, Jr., from the videotape deposition of Carolina Aragon scheduled for August 12, 2015. In support thereof counsel states as follows:

      1)    On August 10, 2015, the undersigned counsel filed a  Notice of Deposition on behalf of Mr. Archuleta.

      2)    Mr. Archuleta waives any right to attend the deposition and further waives any right to direct or cross examination of Ms. Aragon. This right is being waived with the knowledge Mr. Archuleta, at the time of filing this request has not entered a plea of guilty and the stipulated waiver will remain in effect even if the entry of a guilty plea does not occur.

      3)    The undersigned counsel will be out of town, leaving the morning of August 11, 2015, for the purpose of conducting investigation and interviewing of witnesses in

preparation for trial in District of Colorado Case # 14-cr-00161-REB-2. Counsel will not be returning to Denver until late evening of August 19, 2015.

    Wherefore the reasons stated above, Mr. Conrad Archuleta and counsel respectfully requests this Court's Order excusing their attendance from the videotaped deposition of Ms. Carolina Aragon scheduled for August 12, 2015.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing

**MOTION TO EXCUSE MR. ARCHULETA & COUNSEL FROM CAROLINA ARAGON'S VIDEOTAPE DEPOSITION SCHEDULED FOR AUGUST 12, 2015**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Ann Paluch - Martha.Paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Conrad Archuleta - hand delivered


/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant