IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  15-cr-00149-RM-7

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**7.    CONRAD ARCHULETA**,

       Defendant.
_____

**OBJECTIONS TO THE PRELIMINARY PRESENTENCE INVESTIGATION REPORT**
_____

       Notice is hereby given that Conrad Archuleta does not have any objections to the Preliminary Presentence Investigation Report prepared on November 16, 2015.

       Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing

**OBJECTIONS TO THE PRELIMINARY PRESENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Ann Paluch - Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Conrad Archuleta - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant