IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. **CONRAD ARCHULETA,** and
8. NANCY GUZMAN,

    Defendants.

---

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT CONRAD ARCHULETA'S MARCH 10, 2016 SENTENCING HEARING**

---

THIS MATTER comes before the Court upon the Government's Unopposed Motion to Continue Defendant Conrad Archuleta's March 10, 2016 Sentencing Hearing. The Court having considered this motion, it is hereby

ORDERED that the Government's Unopposed Motion to Continue Defendant Conrad Archuleta's March 10, 2016 Sentencing Hearing [Doc.   ] is GRANTED.  It is further

ORDERED that Defendant Conrad Archuleta's sentencing hearing is continued until _____,

1

2

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado