IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONRAD ARCHULETA,

    Defendant.

---

**GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby moves for a reduction of Defendant Conrad Archuleta's sentence, pursuant to the provisions of § 5K1.1, U.S. Sentencing Guidelines, in light of the defendant's substantial assistance to the government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of this motion, the government states as follows:

*Summary of Cooperation*

The defendant admitted his involvement in this matter to Department of Corrections (DOC) officials and when first interviewed by IRS Special Agent Tony Romero.  He also participated in a detailed debriefing session with government counsel and Agent Romero.

During his debrief session, the defendant was questioned on a variety of topics pertaining to his knowledge and participation in the conspiracy to defraud the United States as alleged in Count 1 of the Superseding Indictment. The defendant provided specific knowledge as to other individuals involved in the scheme, how the scheme worked, and the terminology used by him and his coconspirators.

During his debrief session, the defendant was asked to review letters confiscated by DOC officials that he wrote to his wife and co-defendant Nancy Guzman in which he discussed the scheme. One such letter was admitted as an exhibit at the trial of Cristina Portillos. The information the defendant provided was valuable to further the investigation, to identify participants in the conspiracy, to decipher code terms used in recorded DOC calls, and to place statements made in those calls in context. The defendant's information has proven to be reliable and has consistently been corroborated by Agent Romero.

While in custody, the defendant also participated in two meetings prior to the trial of his co-defendant Cristina Portillos. The defendant testified at trial and was subjected to cross-examination.

In the government's view, the defendant provided valuable assistance in the investigation and prosecution of this case. Specifically, the defendant provided information to the jury as to how this scheme operated from inside the prison. In addition, the defendant placed himself at risk by testifying against fellow inmates. Finally, it should be noted that once DOC officials became aware of the defendant's involvement in this scheme, he was placed in administrative segregation for a period of

one year. He also lost his state parole date, and has been in custody on this case for approximately one year.

*Government's Recommendation*

Based on the defendant's above-described cooperation, the government requests that the defendant be afforded a reduction in his sentence pursuant to U.S.S.G. § 5K1.1. His cooperation has been of substantial assistance to the government in that it has been complete, truthful and reliable.

Specifically, the government recommends that the defendant's overall sentence be reduced such that he receive a sentence of credit for time served[1] with a three-year period of supervised release, rather than the 2-month prison sentence as recommended by the probation office. The government submits that the goals of 18 U.S.C. § 3553(a) can be achieved through the recommended sentence, and that such sentence is warranted, given the defendant's substantial assistance.

WHEREFORE, the United States respectfully recommends that this Court grant its Motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, to depart below defendant's applicable sentencing guideline range in imposing a sentence based upon the defendant's substantial assistance.

---

[1] DOJ policy precludes the government from arguing for a straight probationary sentence on a felony tax case.

Respectfully submitted this 2nd day of June, 2016.

        JOHN F. WALSH
        United States Attorney

By:  *s/Martha A. Paluch*
      MARTHA A. PALUCH
      BRYAN D. FIELDS
      Assistant United States Attorneys
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO   80202
      Telephone: (303) 454-0100
      Fax:   (303) 454-0402
      e-mail:   Martha.paluch@usdoj.gov
      bryan.fields3@usdoj.gov
      Attorneys for the Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of June, 2016, a true and correct copy of the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

         *s/Maggie E. Grenvik*
         Maggie E. Grenvik
         Legal Assistant