IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONRAD ARCHULETA,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

The United States of America, by and through Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully moves the Court, after having accepted Defendant Conrad Archuleta's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 34 and 35 of the Superseding Indictment with respect to Defendant Conrad Archuleta only at the time of sentencing.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Bryan D. Fields
        Assistant U.S. Attorneys
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO  80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

            s/ *Mariah Tracy*
            MARIAH TRACY
            Legal Assistant
            U.S. Attorney's Office
            1225 17th St., Suite 700
            Denver, CO  80202
            Telephone:  (303) 454-0100
            Fax:  (303) 454-0401
            e-mail: Mariah.Tracy@usdoj.gov