IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONRAD ARCHULETA,

    Defendant.

---

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 34 and 35 of the Superseding Indictment with respect to Defendant Conrad Archuleta only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.   ] is GRANTED.  It is further

ORDERED that Counts 34 and 35 of the Superseding Indictment are dismissed with prejudice as to Defendant Conrad Archuleta only.

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado

1