# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  June 16, 2016 |
| Court Reporter:  Janet Coppock | Interpreter:  n/a |
| Probation Officer:  Nicole Peterson | |

**CASE NO.   15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| 7.   CONRAD ARCHULETA, | David Owen, Jr. |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     10:02 a.m.
Appearances of counsel.   Defendant is present and in custody.   Present with Government's counsel is IRS Special Agent Tony Romero.

Defendant entered his plea on September 24, 2015, to Count 1 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held and argument given regarding pending motions and objections and statements made regarding sentencing.

**ORDERED:**   Government's Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1 (Doc. 473) is GRANTED as stated on the record.

**ORDERED:**   Government's Motion to Dismiss Counts with Prejudice (Doc. 490) is GRANTED as stated on the record.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CONRAD ARCHULETA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **zero (0) months.**

**ORDERED:** Upon release from his imprisonment obligation, which ends at the conclusion of this hearing, Defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from custody, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because Defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:   $5,926.00 to IRS RAC, Attn: Mail Stop, Restitution, 333 West Pershing Avenue, Kansas City, MO 64108. Restitution is joint and several with codefendants Nancy Guzman, Eugene Chavez, Sabrina Caraveo (Molina), and Raul Caraveo.

**ORDERED:** Interest on restitution is waived, because Defendant has no ability to pay the interest.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     10:38 a.m.
Hearing concluded.
Total time:              00:36