IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  15-cr-00149-RM-7

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**7.  CONRAD ARCHULETA**,

   Defendant.

_____

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

_____

  Comes now, Conrad Archuleta, by and through his counsel of record, David L. Owen, Jr., and respectfully requests this Court's Order granting early termination of his supervised release. In furtherance thereof counsel states as follows:

  1) On September 24, 2015, Mr. Archuleta pleaded guilty to Count One of the Superseding Indictment which charged him with Conspiracy to File False Claims for Refund in violation of Title 18 U.S.C. § 286.

  2) On June 16, 2016, the Court sentenced Mr. Archuleta to zero (0) months in the custody of the Bureau of Prisons and imposed a three (3) year term of Supervised Release, an Order of Restitution in the amount of $5,926.00, along with the standard conditions of Supervised Release. The Court then remanded Mr. Archuleta to the custody of the United States Marshal, who then returned Mr. Archuleta to the custody of the Colorado Department of Corrections to serve the remainder of his sentence imposed in Mesa County case number 2014 cr 19.

3) On September 5, 2017, Mr. Archuleta was released from the custody of the Colorado Department of Corrections and began his 36 month term of Supervised Release. Termination of his Supervised Release is scheduled for September 21, 2021. Currently, as of the date of this motion, Mr. Archuleta has served sixteen and one-half (16 ½) months on Supervised Release.

4) On January 17, 2019, Mr. Archuleta made the final payment and satisfied his Restitution obligation. A copy of the cashier's check and the receipt received from the Clerk of The Court for the District of Colorado is attached as Exhibit A.

5) Counsel has spoken with United States Probation Officer Jordon Buescher, who supervises Mr. Archuleta and he states Mr. Archuleta has been compliant in all conditions with the exception of paying restitution in full. That obligation has now been satisfied.

Wherefore the reasons stated above, Mr. Conrad Archuleta respectfully requests this Court grant this Motion and enter an Order Terminating Mr. Archuleta's Supervised Release.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, I electronically filed the foregoing

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Ann Paluch - Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Conrad Archuleta - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant