**THIS CHECK IS VOID IF MICRO PRINT SIGNATURE LINE IS UNREADABLE UNDER MAGNIFICATION.**

ACADEMYBANK  82-148/1070  106790

Remitter: CONRAD ARCHULETA
Date: January 16, 2019

Pay To The Order Of: U.S. DISTRICT COURT

AMOUNT OF CHECK $ 3,175.80

**** Three Thousand One Hundred Seventy Five and 80/100 ****    Dollars

**CASHIER'S CHECK**
877-712-2265
15-CR-000149

TWO SIGNATURES REQUIRED
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD AT LIGHT TO VIEW

⑈106790⑈ ⑆107001481⑆ ⑈9200000058⑈


US v. Conrad Archuleta
**Defendant's**
**A**

```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX088933
Cashier ID: rr
Transaction Date: 01/17/2019
Payer Name: CONRAD ARCHULETA
-----------------------------------
CRIMINAL DEBT
 For: CONRAD ARCHULETA
 Case/Party: D-COX-1-15-CR-000149-007
 Amount:      $3,175.80
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 106790
 Amt Tendered: $3,175.80
-----------------------------------
Total Due:       $3,175.80
Total Tendered: $3,175.80
Change Amt:     $0.00

A fee of $53.00 will be assessed on
any returned check.
```