IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  CONRAD ARCHULETA,

    Defendant.

---

### GOVERNMENT'S OPPOSITION TO DEFENDANT CONRAD ARCHULETA'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby files this response in opposition to Defendant Conrad Archuleta's Motion for Early Termination of Supervised Release as follows:

    1.    In his filing, defendant recounts the history of this case and notes that at the time of filing his motion, he had served sixteen and one half months of his three-year term of supervision.  He has also made his final restitution payment.  ECF 594 at 1-2.

    2.    The probation office reports that the defendant is subject to a minimal level of federal supervision.  However, he is still subject to drug testing and is required to report to his probation officer to ensure that he is compliant with all conditions of his supervision.

    3.    Requiring the defendant to serve additional time on federal supervision will ensure that he remains compliant with those conditions and will also serve to deter the

2

defendant from further criminal activity.

    4.    In light of the time-served sentence imposed in this case, the government opposes the defendant's request to terminate his federal supervision after serving approximately 50% of his three-year term.

For these reasons, the government respectfully requests that the Court deny the defendant's motion.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

  David L. Owen , Jr.
  Email: davidowen@lodopc.com


         *s/ Veronica Ortiz*
         Veronica Ortiz
         Legal Administrative Specialist
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, CO  80202
         Phone: (303) 454-0100
         veronica.ortiz@usdoj.gov