IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. CONRAD ARCHULETA,

    Defendant.

___

**ORDER**
___

This matter comes before the Court on Defendant's Motion for Early Termination of Supervised Release (ECF No. 594).

Having considered both probation's and the government's response, it is

ORDERED that Defendant's Motion for Early Termination of Supervised Release (ECF No. 594) is DENIED.

DATED this 1st day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge